November 29, 2005

Mr. Bruce W. Steckler
Silber Pearlman, L.L.P.
2711 N. Haskell Avenue
Cityplace 5th Floor, L.B. 32
Dallas, TX 75204

Mr. Steven Russell
Beirne Maynard & Parsons, LLP
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201
Mr. Robert E. Thackston
Hawkins Parnell & Thackston, L.L.P.
4515 Cole Ave., Suite 500
Dallas, TX 75205

RE: Case Number: 04-0606
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE SILICA PRODUCTS LIABILITY LITIGATION

Dear Counsel:

 Today the Multidistrict Litigation Panel issued the enclosed order
concerning Pre-September 1, 2003 Silica Cases in the above-referenced case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Multidistrict Litigation Panel |
| |(via email) |